**United States Bankruptcy Court**
**Northern District of Iowa**

In re: Rebecca Lynn Ploessl     Case No.
             Debtor(s)     Chapter 7

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, Rebecca Lynn Ploessl, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

- ■ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

- ☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

- ☐ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date: July 21, 2020     Signature: /s/ Rebecca Lynn Ploessl
                                                     Rebecca Lynn Ploessl
                                                     Debtor