Certificate Number: 14424-IAN-DE-034709855

Bankruptcy Case Number: 20-00916


14424-IAN-DE-034709855

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 27, 2020, at 4:48 o'clock PM EDT, Rebecca L Ploessl completed a course on personal financial management given by internet by BK Class Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Iowa.

Date: July 27, 2020

By: /s/Mabelyn Ramirez

Name: Mabelyn Ramirez

Title: Instructor