```
                              United States Bankruptcy Court
                               Northern District of Iowa
In re:                                                             Case No. 20-00916-TJC
Rebecca Lynn Ploessl                                               Chapter 7
        Debtor                       CERTIFICATE OF NOTICE
District/off: 0862-2          User: admin                 Page 1 of 2         Date Rcvd: Aug 07, 2020
                              Form ID: 2040               Total Noticed: 37
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2020.
```
db           +Rebecca Lynn Ploessl,    2572 Galena Dr,    Dubuque, IA 52003-8012
2296211      +Advanced Medical Transport,    2228 Heinz Rd,    Iowa City, IA 52240-2600
2296212      +Air Methods,    5500 S Quebec St,    Suite 300,    Englewood, CO 80111-1926
2296214      +Best Buy/CBNA,    Attn: Bankruptcy Dept.,    5800 South Corporate Place,
               Sioux Falls, SD 57108-5027
2296219      +Dubuque Emergency Physicians,    PO Box 5719,    Athens, GA 30604-5719
2296220       Dubuque Fire EMS,    C/O Billing Office,    N2930 State Road 22,    Wautoma, WI 54982-5267
2296221      +Equifax,    Attn: Bankruptcy Dept.,    P.O. Box 740241,    Atlanta, GA 30374-0241
2296222      +Experian,    Attn: Bankruptcy Dept.,    P.O. Box 2002,    Allen, TX 75013-2002
2296224      +Hospital Dentistry Institute,    200 Hawkins Dr,    Iowa City, IA 52242-1009
2296226      +Kohl's Department Store,    Attn: Bankruptcy Dept.,    PO Box 3115,    Milwaukee, WI 53201-3115
2296230      +MRS BPO, LLC,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
2296227      +MercyOne Dubuque,    PO Box 677922,    Dallas, TX 75267-7922
2296228      +Midland Credit Management,    350 Camio De La Reina,    Suite 100,    San Diego, CA 92108-3007
2296229      +Midland Credit Management, Inc.,    PO Box 301030,    Los Angeles, CA 90030-1030
2296231      +Optimum Outcomes, Inc,    PO Box 660943,    Dallas, TX 75266-0943
2296233      +Resurgent Capital Services,    PO Box 510090,    Livonia, MI 48151-6090
2296234      +Sherman Originator III LLC,    PO Box 10497 Mail Stop 576,    Greenville, SC 29603-0497
2296242       Transunion,    Attn: Bankruptcy Dept.,    P.O. Box 1000,    Crum Lynne, PA 19022
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr           +EDI: QSLSCHNITTJER.COM Aug 08 2020 03:13:00      Sheryl Schnittjer,    24695 207th Ave.,
               Delhi, IA 52223-8414
2296213       EDI: URSI.COM Aug 08 2020 03:13:00      Alltran Financial, LP,    PO Box 722929,
               Houston, TX 77272-2929
2296215      +EDI: CAPITALONE.COM Aug 08 2020 03:13:00      Capital One, N.A.,    Attn: Bankruptcy Dept.,
               PO Box 30281,    Salt Lake City, UT 84130-0281
2296217       EDI: WFNNB.COM Aug 08 2020 03:13:00      Comenity Bank,    PO Box 182789,
               Columbus, OH 43218-2789
2296218      +E-mail/PDF: creditonebknotifications@resurgent.com Aug 07 2020 23:18:18      Credit One Bank,
               PO Box 98872,    Las Vegas, NV 89193-8872
2296223      +EDI: AMINFOFP.COM Aug 08 2020 03:13:00      First Premier Bank,    3820 N Louise Ave,
               Sioux Falls, SD 57107-0145
2296225       EDI: JPMORGANCHASE Aug 08 2020 03:13:00      JPMCB Card Services,    PO Box 15369,
               Wilmington, DE 19850
2296216       EDI: JPMORGANCHASE Aug 08 2020 03:13:00      Cardmember Services,    PO Box 15548,
               Wilmington, DE 19886
2296226      +E-mail/Text: PBNCNotifications@peritusservices.com Aug 07 2020 23:11:02
               Kohl's Department Store,    Attn: Bankruptcy Dept.,    PO Box 3115,    Milwaukee, WI 53201-3115
2296232       EDI: PRA.COM Aug 08 2020 03:13:00      Portfolio Recovery Associates,    PO Box 12914,
               Norfolk, VA 23541
2296350      +EDI: PRA.COM Aug 08 2020 03:13:00      PRA Receivables Management, LLC,    PO Box 41021,
               Norfolk, VA 23541-1021
2296235       EDI: RMSC.COM Aug 08 2020 03:13:00      SYNCB/Amazon,    Attn: Bankruptcy Dept.,    PO Box 965015,
               Orlando, FL 32896-5015
2296236      +EDI: RMSC.COM Aug 08 2020 03:13:00      SYNCB/JcPenney,    Attn: Bankruptcy Dept.,
               PO Box 965007,    Orlando, FL 32896-5007
2296237      +EDI: RMSC.COM Aug 08 2020 03:13:00      SYNCB/PayPal Extras MC,    PO Box 965005,
               Orlando, FL 32896-5005
2296238      +EDI: RMSC.COM Aug 08 2020 03:13:00      SYNCB/Sams,    PO Box 965005,    Orlando, FL 32896-5005
2296239      +EDI: RMSC.COM Aug 08 2020 03:13:00      SYNCB/TJ Maxx,    Attn: Bankruptcy Dept.,    PO Box 965015,
               Orlando, FL 32896-5015
2296240      +EDI: RMSC.COM Aug 08 2020 03:13:00      SYNCB/Zulily,    PO Box 965017,    Orlando, FL 32896-5017
2296241      +EDI: RMSC.COM Aug 08 2020 03:13:00      Synchrony Bank,    PO Box 530948,
               Atlanta, GA 30353-0948
2296410      +EDI: RMSC.COM Aug 08 2020 03:13:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
2296243      +E-mail/Text: BankruptcyNotices@healthcare.uiowa.edu Aug 07 2020 23:11:19
               University of Iowa Health Care,    PO Box 14551,    Des Moines, IA 50306-3551
                                                                                                TOTAL: 20

                 ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2020 at the address(es) listed below:

```
          Dustin Abraham Baker    on behalf of Debtor Rebecca Lynn Ploessl dustin@henkelsbaker.com,
           dustin@henkelsbaker.com;hillary@henkelsbaker.com;margaret@henkelsbaker.com;teri@henkelsbaker.com;
           bakerdr45649@notify.bestcase.com
          Sheryl   Schnittjer    delhisls926@gmail.com,  sschnittjer@ecf.axosfs.com
          United States Trustee    USTPRegion12.CR.ECF@usdoj.gov
```
                                                                                                TOTAL: 3

Form ntcfclms

# UNITED STATES BANKRUPTCY COURT
Northern District of Iowa

In Re:

Rebecca Lynn Ploessl

Debtor(s)

Chapter: 7
Case No.: 20−00916
Office Code: 2

## NOTICE OF POSSIBLE DIVIDEND AND
## NOTICE OF DEADLINE FOR FILING TIMELY CLAIMS

TO ALL CREDITORS AND PARTIES IN INTEREST:

Notice was previously given that it appeared that there were no assets in the bankruptcy estate from which a dividend could be paid to unsecured creditors. Creditors were advised at that time that it was unnecessary to file proofs of claim.

It now appears that there may be assets in excess of the costs of administration and that payment of a dividend is possible. In order to receive a dividend, a creditor must file a proof of claim.

A Proof of Claim form can be filed electronically by completing the online electronic Proof of Claim (ePOC) found on our public web site (www.ianb.uscourts.gov) or obtain the Official Form B410 at the United States Courts Web site (www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) and mail the completed form to the address appearing below.

If you want to file a TIMELY claim against the estate, you must file your proof of claim with the Clerk of Court

**ON OR BEFORE 11/9/20**

If you have already filed a proof of claim, there is no need to file again unless you wish to amend your claim.

Dated: 8/7/20

MEGAN R. WEISS
Clerk, U.S. Bankruptcy Court
111 Seventh Avenue SE #15
Cedar Rapids, IA 52401−2101